# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 18-5233** **September Term, 2021**

FILED ON: MAY 20, 2022

ARTIE DUFUR,
APPELLANT

v.

UNITED STATES PAROLE COMMISSION,
APPELLEE

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:17-cv-00677)

---

Before: ROGERS and PILLARD, *Circuit Judges*, and RANDOLPH, *Senior Circuit Judge*

**J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's dismissal of the complaint be affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/

Daniel J. Reidy
Deputy Clerk

Date: May 20, 2022

Opinion for the court filed by Circuit Judge Rogers.
Dissenting opinion filed by Senior Circuit Judge Randolph.